Cite as 2022 Ark. 221
# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE SUPREME COURT COMMITTEE ON THE UNAUTHORIZED PRACTICE OF LAW | **Opinion Delivered** December 8, 2022 |

## PER CURIAM

Zachary W. Morrison of Lake City, First Congressional District, and Mark Hunt of Malvern, at-large position, are appointed to the Committee on the Unauthorized Practice of Law for two-year terms to expire on December 31, 2024. Chad Brown of Little Rock, Second Congressional District; Jenny Holt Teeter of Little Rock, Second Congressional District; and John P. Talbot of Pine Bluff, Fourth Congressional District, are appointed to the Committee on the Unauthorized Practice of Law for three-year terms to expire on December 31, 2025. The court thanks them for accepting appointment to this important committee.

The court expresses its gratitude to Bishop Gary E. Mueller, Faye Shepherd, J.T. Skinner, Phillip A. Stone, and William A. Waddell, Jr., whose terms have expired, for their years of valuable service to the committee.